UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YAJAIRA HINOJOSA,

                Plaintiff,

  -against-                                  24 **CIVIL** 5972 (PAE)(BCM)

**JUDGMENT**

ROBERT E. JUDGE PC,

                Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 15, 2025, the Court has granted REJ's motion to dismiss. The action is dismissed with prejudice.

**Dated:**  New York, New York

       May 15, 2025

                                                     **TAMMI M HELLWIG**

                                                      **Clerk of Court**

               **BY:**          *K. Mango*

                                                      **Deputy Clerk**